AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

CHRISTOPHER NORTON,

     Plaintiff,            JUDGMENT IN A CIVIL CASE

V.

                            CASE NUMBER: **3:07-CV-00383-RCJ-VPC**

GLEN WHORTON, et al.,

     Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendants' Motion to Dismiss, or in the Alternative, Motion for Summary Judgment (#21) is GRANTED and the action is DISMISSED without prejudice as to defendants Baca and Whorton.

  10/23/2009                                      **LANCE S. WILSON**
                                                            Clerk

                                                           /s/ P. McDonald
                                                           Deputy Clerk