1
2
3
4
5
6          **UNITED STATES DISTRICT COURT**
7          **DISTRICT OF NEVADA**
8    CHRISTOPHER NORTON,                    )         3:07-CV-383-RCJ(VPC)
9                        Plaintiff,          )
                                             )         **ORDER**
10         v.                                )
                                             )
11   GLEN WHORTON, *et al.*,                 )
                                             )
12                       Defendants.         )
                                             )
13   _____)

14         Before the Court is the Report and Recommendation of the United States Magistrate

15   Judge (#43) ("Recommendation") entered on July 29, 2009.  This action was referred to U.S.

16   Magistrate Judge Valerie P. Cooke pursuant to 28 U.S.C. § 636(b)(1)(B) and LR IB 1-4.  After

17   a thorough review, the Magistrate Judge recommends that this Court grant Defendants'

18   Motionto Dismiss, or in the Alternative, Motion for Summary Judgment (#34).  No objection to

19   the Report and Recommendation has been filed.

20                              I. DISCUSSION

21         This Court "may accept, reject, or modify, in whole or in part, the findings or

22   recommendations made by the magistrate." 28 U.S.C. § 636(b)(1).  Further, under 28 U.S.C.

23   § 636(b)(1), if a party makes a timely objection to the magistrate judge's recommendation,

24   then this Court is required to "make a de novo determination of those portions of the [report

25   and recommendation] to which objection is made."[1]   Nevertheless, the statute does not

26   "require[ ] some lesser review by [this Court] when no objections are filed." Thomas v. Arn, 474

27

28   _____

[1] For an objection to be timely, a party must serve and file it within 10 days after being served with the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1)(C).

1

U.S. 140, 149–50 (1985). Instead, under the statute, this Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." Id. at 149. Similarly, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. See United States v. Reyna-Tapia, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard of review employed by the district court when reviewing a report and recommendation to which no objections were made); see also Schmidt v. Johnstone, 263 F.Supp. 2d 1219, 1226 (D. Ariz. 2003) (reading the Ninth Circuit's decision in Reyna-Tapia as adopting the view that district courts are not required to review "any issue that is not the subject of an objection."). Thus, if there is no objection to a magistrate judge's recommendation, then this Court may accept the recommendation without review. See e.g., Johnstone, 263 F.Supp. 2d at 1226 (accepting, without review, a magistrate judge's recommendation to which no objection was filed).

In this case, defendants have not filed an objection to the Magistrate Judge's Report and Recommendation. Although no objection was filed, this Court has reviewed the Report and Recommendation (#43), and accepts it. Accordingly,

IT IS HEREBY ORDERED that Defendants' Motion to Dismiss, or in the alternative, Motion for Summary Judgment (#34) is GRANTED and this action is DISMISSED without prejudice as to defendants Charles Robinson, Reginald Robinson, and Allan Capper. The Clerk of the Court shall enter judgment accordingly.

IT IS SO ORDERED.

DATED: This _____ day of October, 2009.

_____
Robert C. Jones
UNITED STATES DISTRICT JUDGE